1  SCOTT J. SAGARIA (BAR # 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (BAR #263326)
   Egale@sagarialaw.com
3  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | CASE NO.: 5:12-CV-01248-DDP-SH

12 | NOTICE OF SETTLEMENT

13 |

14 ARNOLD FRANK,

15         Plaintiff,

16   v.

17

18 CHASE BANK USA, NATIONAL
   ASSOCIATION an FDIC insured
19 corporation and DOES 1 through 100
   inclusive,
20
21         Defendants.

22
                    **NOTICE OF SETTLEMENT**
23
24 TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

25     PLEASE TAKE NOTICE, the parties in the instant litigation have reached a settlement

26 on all pending matters before this Court. Accordingly, the parties respectfully request that the

27 Clerk of Court remove the upcoming case management conference from the Court's calendar.

28 Currently, the parties are in the process of complying with the settlement agreement. Within 20

NOTICE OF SETTLEMENT- 1

days from the date of this filing, the parties will execute a stipulated dismissal before this Court pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

                                          **SAGARIA LAW, P.C.**

Dated: September 24, 2012            /s/ Elliot Gale  
                                          Elliot Gale, Esq.  
                                          Attorneys for Plaintiff