JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD FRANK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK USA NATIONAL ASSOCIATION,<br><br>　　　　Defendant.<br>_____ | Case No.<br><br>**EDCV 12-01248 DDP (SHx)**<br><br>**ORDER OF DISMISSAL** |

　　THE COURT grants the stipulation (DOCKET NUMBER 15),

　　THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 23, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge